FILED

2021 Oct-19 AM 10:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

Arturo Perez
))))))
*Plaintiff*
*(Write your full name. No more than one plaintiff may be named in a complaint.)*

-v-

Case No. 1:21-cv-1388-CLM-SGC
*(to be filled in by the Clerk's Office)*

Cicila Hanson et. al
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $402.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $402.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

**I.    The Parties to this Complaint**

**A.    The Plaintiff**

Provide the information below for the plaintiff named in the complaint.

| | |
|---|---|
| Name | Arturo Perez |
| All other names by which you have been known: | N/A |
| ID Number | 44470-177 |
| Current Institution | FCI Talladega |
| Address | Po Box 1000 |
| | Talladega / Alabama / 35160 |
| | City / State / Zip Code |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Cielia Hansan |
| Job or Title *(if known)* | Supervisor of the Medical Department |
| Shield Number | N/A |
| Employer | Federal Bureau of Prisons/ US Government |
| Address | N/A    No longer employed at FCI Talladega |
| | N/A |
| | City / State / Zip Code  N/A |

☒ Individual Capacity    ☒ Official Capacity

Defendant No. 2

| | |
|---|---|
| Name | William Halbrook |
| Job or Title *(if known)* | Clinical Director |
| Shield Number | N/A |
| Employer | Federal Bureau of Prisons/ US Government |
| Address | 565 East Renfroe Road |
| | Talladega / Alabama / 35160 |
| | City / State / Zip Code |

☒ Individual Capacity    ☒ Official Capacity

Defendant No. 3

    Name      N/A

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

| *City* | *State* | *Zip Code* |
|---|---|---|

☐ Individual Capacity     ☐ Official Capacity

Defendant No. 4

    Name      N/A

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

| *City* | *State* | *Zip Code* |
|---|---|---|

☐ Individual Capacity     ☐ Official Capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☒ Federal officials (a *Bivens* claim)

    ☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    N/A

3

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

I am suing for a violation of my Eighth Amendment Right to adequate medical treatment and dilberate indifference to my medical condition

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens,* explain how each defendant acted under color of federal law. Attach additional pages if needed.

N/A

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply):*

☐ Pretrial Detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☒ Convicted and sentenced federal prisoner

☐ Other _____
*(explain)*

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

See Attachment A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

I was incarcerated at FCI Talladega in Talladega, Alabama. My injury occurred on May 22, 2018 and have continued until this present date

4

## ATTACHMENT A

**Claim #1**

On or about May 22, 2018, the Plaintiff entered into Uni-Cor (a textile factor in the Federal Bureau of Prisons) and proceeded to walk through the factory to the Kronos machine to clock in at about 7:00am. While walking past numerous sewing machines and the mechanic station, for reasons unknown to him, an unknown chemical went airborne and landed in his left eye. Upon contact the chemical left him without vision in his left eye.

The Plaintiff does not speak good English. So he called for his friend and fellow inmate Teddy Garcia (Federal No: 65178-009) to assist him in contacting BOP staff working in Uni-Cor. Mr. Garcia was able to contact floor manager Johnathan Guy. Mr. Guy examined the Plaintiff's eye and radioed for him to go to the Prison's Medical Service. Once the Plaintiff arrives at Health Services, he was met by non-medical staff member named Shew. Officer Shew examined the Plaintiff's eye and recommended that he be taken to the hospital as soon as possible.

After arriving at Callahan Eye Hospital in Birmingham, Alabama, doctors determined that he had indeed been burned in his left eye by chemicals. The Plaintiff was given medicine to relieve his pain and released that day into the care of BOP medical staff. The Plaintiffs left eye continued to worsen after leaving the hospital. He regained his vision but his vision was very limited. He once again complained to BOP medical staff and was taken back to Callahan Eye Hospital in Birmingham. He was once again given medicine and released to BOP medical staff. The Plaintiff's left eye continued to bother him and his vision grew worst. BOP medical staff informed him that the hospital provided him with medicine and there was nothing that could be done. The Plaintiff complained to FCI Talladega's Clinical Director William Holbrook, regarding the medical treatment that he was not receiving and continued to complain about his loss of vision. Dr. Holbrook stated that the Plaintiff had been taken to an outside hospital and he needed to "suck it up", because he would "be alright". The Plaintiff later complained to Medical Supervisor Cielia Hanson. Mrs Hanson promised to "look into the matter", and told him to "be patient". Nearly two years has passed and he still has not received any further medical treatment for his eye.

C. What date and approximate time did the events giving rise to your claim(s) occur?

The events occurred on May 22, 2018 at about 7 am. I continue to suffer from the events that took place until this present day

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attachment A

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

I received a chemical burn to my left eye and my vision has diminished in that eye. I am legally blind in my left eye.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like to request a jury trial. And for damages I would like to request $850,000 (actual damages) and $250,000 (punitive damages). And because FCI Talladega has a history of providing poor medical treatment I would like to reserve the right to amend the damages requested prior to jury trial, pursuant to Eleventh Circuit precedent, which allows me to ask for triple of the amount requested.

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒    Yes

☐    No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

I was confined at FCI Talladega

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒    Yes

☐    No

☐    Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒    Yes

☐    No

☐    Do not know

If yes, which claim(s)?

The claims that  BOP staff provided poor medical treatment to my eye

injury **an**d acted with dilberate indiffernce to my medical condition

6

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒   Yes

☐   No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒   Yes

☐   No

E.   If you did file a grievance:

1.   Where did you file the grievance?

   I filed the grievance at FCI Talladega

2.   What did you claim in your grievance?

   That BOP staff provided poor medical treatment and acted indifferent

3.   What was the result, if any?

   FCI Talladega did not respond

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   I appealed to the Southeast Reginal Office and did not receive a response.
   I appealed to the Central Office and did not receive a s response

7

F.   If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

        N/A

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

        N/A

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

        N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐   Yes

☒   No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

    N/A

8

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐   Yes

☒   No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)      N/A

Defendant(s)    N/A

2.   Court *(if federal court, name the district; if state court, name the county and State)*
     N/A

3.   Docket or index number
     N/A

4.   Name of Judge assigned to your case
     N/A

5.   Approximate date of filing lawsuit
     N/A

6.   Is the case still pending?

☐   Yes

☒   No

If no, give the approximate date of disposition.   N/A

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?*
     N/A

9

**IX.**     **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

| | |
|---|---|
| Printed Name of Plaintiff | ARTURO PEREZ |
| Prison Identification # | 44470-177 |
| Prison Address | Po Box 1000 |

| | | |
|---|---|---|
| Talladega | Alabama | 35160 |
| *City* | *State* | *Zip Code* |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     March 1, 2020
                        (Date)

_Arturo Perez_
Signature of Plaintiff

10