UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

**ARTURO PEREZ,**
  Plaintiff,

v.

**CELIA HANSEN, et al.,**
  Defendants.

Case No. 1:21-cv-1388-CLM-SGC

## MEMORANDUM OPINION

  The magistrate judge has entered a report, recommending the court grant the defendants' motion to dismiss (doc. 27) and dismiss this case without prejudice because Plaintiff Arturo Perez did not properly exhaust his administrative remedies. (Doc. 35). The court advised Perez of his right to file specific written objections within 14 days, but the court has received no objections.

  After careful consideration of the record, including the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court **WILL GRANT** the defendants' motion to dismiss (doc. 27).

  The court will enter a separate final judgment that carries out this ruling and closes this case.

  **Done** on September 28, 2023.

            _____
            **COREY L. MAZE**
            UNITED STATES DISTRICT JUDGE